*E-FILED on: 6/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS SANDOVAL-VALDEZ,<br><br>　　　　Defendant. | NO.  C-08-04738-RMW<br><br>(Related to: CR-07-00163-RMW)<br><br>ORDER DENYING MOTION TO REDUCE SENTENCE |

　　　Juan Vasquez-Delacruz moves to reduce his sentence based essentially upon alleged national origin discrimination and failure to take points off of his offense level for accepting a final deportation order.  The court hereby summarily denies the motion.

　　　Petitioner fails to state facts supporting his claim for a number of reasons including: (1) he received four points off his offense level for participation in the early disposition program; (2) he waived his right to appeal in his plea agreement; and (3) he provides no evidence of a due process violation. The clerk may close the file.

　　　DATED:　　　June 23, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　_Ronald M. Whyte_
　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

NO. C-08-04766-RMW
(Related to: CR-07-00163-RMW)
ORDER DENYING MOTION TO REDUCE SENTENCE

1

2  Copy of Order Mailed to:

3  **Juan Vasquez-Delacruz**
   Reg# 10642-111
4  FCI-Victorville I
   PO Box 5300
5  Adelanto, CA 92301

6  1.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NO. C-08-04766-RMW
(Related to: CR-07-00163-RMW)
ORDER DENYING MOTION TO REDUCE SENTENCE